

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00434-CR

Thomas Rojas **NAVARRO** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0056
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 23, 2024.

_____
Lori Massey Brissette, Justice